# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:20-cv-06347-JLG-EPD |
| v. | ) ) | Judge Michael H. Watson |
| CONAGRA FOODS, INC., *et al.*, | ) ) | Magistrate Judge Elizabeth A. Preston Deavers |
| Defendants. | ) | |

## THIRD DECLARATION OF BILL SHERRITT

1.    My name is Bill Sherritt, and I reside at 2108 State Route 327, Jackson, Ohio.  I certify that I am over 21 years of age and I am competent to make this Declaration.

2.    I am making this Declaration to correct information in my first Declaration in this case signed by me on January 20, 2023.

3.    From approximately 1983 to 1987, I was employed as a truck driver by Greg Fields at the Jackson County Landfill in Jackson, Ohio. In this role, my duties included hauling waste from industries to the Jackson County Landfill while operating either roll off or dump truck equipment.  I was not employed in this capacity in 1982.

4.    I did not pick up any waste from Reynolds Foods or Chun King at any location, including the Jackson Food Processing Plant located at 100 E. Broadway in Jackson, Ohio.

5.    Prior to signing the first Declaration, I was not given the opportunity to read the first Declaration that I signed in this case on January 20, 2023.

1

REY000176

Pursuant to 28 C.F.R. § 1746, I declare under penalty of perjury that these statements are true and correct to the best of my knowledge and belief.

Signed: _Bill Skimel_          Dated: _2/16/2023_

2

REY000177