IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:20-cv-06347-MHW-EPD ) |
| v. | ) Hon. Michael H. Watson ) Hon. Magistrate Elizabeth A. Preston Deavers ) |
| CONAGRA FOODS, INC., *et al.*, | ) **PLAINTIFF'S RESPONSE TO** ) **DEFENDANTS' NOTICE OF** ) **SUPPLEMENTAL AUTHORITY** ) |
| Defendants. | ) |

Plaintiff The Goodyear Tire & Rubber Company ("Goodyear") hereby responds to Defendants' Notice of Supplemental Authority (ECF No. 272). Rather than recently issued legal authority or new evidence, Defendants' "supplemental authority" is a set of discovery requests, which they served twenty-two months ago and already filed with the Court fifteen months ago. More importantly, the discovery requests do not change the fact that there are no settlement agreements relating to any insurance recovery for costs incurred to implement the remedial action at the Site for which Goodyear seeks contribution from the Defendants in this action. Finally, even if the discovery requests were true supplemental authority and relevant, Defendants' Notice is procedurally improper in that they did not first seek leave to file. *See Tera II, LLC v. Rice Drilling D, LLC*, No. 2:19-CV-2221, 2023 WL 2664415, at *5 (S.D. Ohio Mar. 28, 2023) ("[c]ourts may grant parties leave to file supplemental authority in the interests of justice when the proposed submission contains new authority or evidence that was not available [to the movant] in the exercise of reasonable diligence when the original briefs were filed") (internal quotations omitted).

Dated: May 13, 2024

                                                    Respectfully submitted,

*/s/ William J. Hubbard*
William J. Hubbard (0077033)
Trial Attorney
THOMPSON HINE LLP
3900 Key Center
Cleveland, Ohio 44114
216-566-5644
Bill.Hubbard@thompsonhine.com

Jeffrey A. Thaler (admitted *pro hac vice*)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207-791-3213
jthaler@preti.com

ATTORNEYS FOR PLAINTIFF THE GOODYEAR TIRE & RUBBER COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, a copy of the foregoing Response was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

*/s/ William J. Hubbard*
William J. Hubbard