UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Goodyear Tire & Rubber
Company,

    Plaintiff,

v.

Conagra Foods, Inc., *et al.*,

    Defendants.

Case No. 2:20-cv-6347

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

Pursuant to Magistrate Judge Deavers's Opinion and Order, ECF No. 274, the Court **ORDERS** The Goodyear Tire & Rubber Company ('Plaintiff") to produce unredacted copies of the agreements, as outlined in that Opinion and Order, for *in camera* inspection by **June 14, 2024**.

Defendants OSCO Industries, Inc. and R.J. Reynolds Tobacco Holdings, Inc. also requested sanctions, dependent on the impact of the agreements on this litigation. Brief, ECF No. 271. The Court would like to hear from the parties on what they believe are the appropriate sanctions in light of Magistrate Judge Deavers's Opinion and Order and once all parties have had the chance to review the agreements. Thus, the Court **ORDERS** the following supplemental briefing schedule:

- Defendants OSCO Industries, Inc. and R.J. Reynolds Tobacco Holdings shall file a renewed *joint* motion for sanctions by **June 24, 2024**, and such motion shall not exceed **ten pages**.

- Plaintiff shall file its response by **July 8, 2024**, and such response shall not exceed **ten pages**.

- Defendants OSCO Industries, Inc. and R.J. Reynolds Tobacco Holdings shall file any reply by **July 15, 2024**, and such reply shall not exceed **five pages**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**