IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CONAGRA FOODS, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) Case No. 2:20-cv-06347-MHW-EPD <br> ) <br> ) Judge Michael H. Watson <br> ) Magistrate Judge Elizabeth P. Deavers <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF THE GOODYEAR TIRE & RUBBER COMPANY'S
NOTICE OF COMPLIANCE**

The Goodyear Tire & Rubber Company hereby provides notice of compliance with the Court's May 31, 2024 Order (ECF No. 274) and June 3, 2024 Order (ECF No. 275).

        Respectfully submitted,

        */s/ William J. Hubbard*
        William J. Hubbard (0077033)
        Trial Attorney
        THOMPSON HINE LLP
        3900 Key Center
        Cleveland, Ohio 44114
        216-566-5644
        Bill.Hubbard@thompsonhine.com

        Jeffrey A. Thaler (admitted *pro hac vice*)
        PRETI, FLAHERTY, BELIVEAU &
        PACHIOS, LLP
        One City Center
        P.O. Box 9546
        Portland, ME 04112-9546
        207-791-3213
        jthaler@preti.com

        ATTORNEYS FOR PLAINTIFF THE
        GOODYEAR TIRE & RUBBER COMPANY

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

*/s/ William J. Hubbard*
William J. Hubbard