# EXHIBIT 1
**(CITATIONS TO GOODYEAR'S INSURANCE SETTLEMENTS)**

| CARRIER(S) | YEAR | AMOUNT | AMOUNT ALLOCATED TO SPECIFIC SITES | COVERAGE OF JCL COSTS | RELEASE FOR ALL FUTURE COSTS | LIMITS ON GOODYEAR'S DISCRETION TO APPLY THE FUNDS |
|---|---|---|---|---|---|---|
| CNA GY0100875 | 1997 GY0100875 | $8 million GY0100876 | None | Yes GY0100883 | Yes GY0100877 | None GY0100875 |
| Hartford GY0100906 | 1998 GY0100906 | $2.75 million GY0100907 | None | Yes GY0100918 | Yes GY0100907-GY0100908 | None GY0100907 |
| Liberty Mutual GY0100933 | 1999 GY0100933 | $3.5 million GY0100935 | None | Yes (covers all Ohio action claims) GY0100934 | Yes GY0100935-GY0100936 | None |
| Fireman's GY0100960 | 1999 GY0100 960 | $87.5 million GY0100962 | None | Yes GY0100962 GY0100974 | Yes GY0100963 | None GY0100962-GY0100963 |
| Northwestern GY0100994 | 2001 GY0101001 | $100,000 GY0100997 | None | Yes (covers all Ohio action claims) GY0100997 | Yes GY0100997-GY0100998 | None GY0100997 |
| Traveler's GY0101026 | 2004 GY0101050 | $159.37 million GY0101033 | None | Yes GY0101104 | Yes GY0101035 | None GY0101042 |
| Everest GY0101122 | 2005 GY0101122 | $0.55 million GY0101125 | None | Yes GY0101137 | Yes GY0101125 | None GY0101125 |
| Lloyds GY0101146 | 2005 GY0101148 | $61 million GY0101151 | None | Yes (covers all Ohio action claims) GY0101148 | Yes GY0101156-GY0101157 | None |
| London Market GY0101213 | 2005 GY0101215 | $25 million GY0101220 | None | Yes (covers all Ohio action claims) GY0101215-GY0101216 | Yes GY0101225-GY0101226 | None |
| Stonewall GY0101263 | 2005 GY0101269 | $575,000 GY0101265 | None | Yes (covers all Ohio action claims) GY0101264 | Yes GY0101265 | None GY0101265 |

**TOTAL**      *$348.345 million*

0124938.0597034  4892-5705-6715v1