# EXHIBIT 3

| Name | Status | Date modified | Type | Size |
|---|---|---|---|---|
| GY0100875 - CNA Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,258 KB |
| GY0100905 - Hartford First State Twin City Fire Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 954 KB |
| GY0100933 - Liberty Mutual Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 878 KB |
| GY0100960 - Fireman's Fund Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,063 KB |
| GY0100994 - Northwestern National Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,253 KB |
| GY0101026 - Travelers et al. Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 2,593 KB |
| GY0101122 - Everest Reinsurance Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,032 KB |
| GY0101146 - Certain Underwriters at Lloyd's London (Equitas) Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,794 KB |
| GY0101213 - London Market Companies Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 1,388 KB |
| GY0101263 - Stonewall Settlement.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 786 KB |
| GY0101310 - 1996 Site Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 503 KB |
| GY0101316 - April 4 1998 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 604 KB |
| GY0101327 - March 31 1999 Site Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 591 KB |
| GY0101339 - June 30 2000 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 456 KB |
| GY0101367 - December 31 2000 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 633 KB |
| GY0101379 - December 31 2001 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 283 KB |
| GY0101392 - August 18 2002 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 601 KB |
| GY0101402 - June 4 2004 Spreadsheet.pdf | | 6/14/2024 2:10 PM | Microsoft Edge P... | 272 KB |

Handwritten annotations:
- (circled) "Document production for in camera review"
- "8 * extras not part of the court's order" (bracketing the bottom 8 spreadsheet entries, GY0101310 through GY0101402)