# EXHIBIT 4



Handwritten annotation: "12 extras not part of the courts order"