IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:20-cv-06347-MHW-EPD |
| v. | ) ) | Judge Michael H. Watson |
| | ) | Magistrate Judge Elizabeth P. Deavers |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff The Goodyear Tire & Rubber Company's and Defendants

OSCO Industries, Inc.'s and R.J. Reynolds Tobacco Holdings, Inc.'s joint motion for a fourteen

(14) day extension of the dates in the briefing schedule set forth in the Court's June 3, 2024 Order

(Doc. # 275).  The Motion is **GRANTED.**

The briefing schedule set forth in the Court's June 3, 2024 Order (Doc. # 275) shall be

extended fourteen (14) days such that:

- Plaintiff shall file its response by July 22, 2024, and such response shall not exceed ten pages.
- Defendants OSCO Industries, Inc. and R. J. Reynolds Tobacco Holdings shall file any reply by July 29, 2024, and such reply shall not exceed five pages.

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

or

_____

**UNITED STATES MAGISTRATE JUDGE**

1