UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Goodyear Tire & Rubber Company,

    Plaintiff,

v.

Conagra Foods, Inc., *et al.*,

    Defendants.

Case No. 2:20-cv-6347

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The parties' joint motion for a fourteen day extension of the supplemental briefing schedule, ECF No. 278, is **GRANTED**.

The supplemental briefing schedule set forth in the Court's prior Order, ECF No. 275, is modified as follows:

Plaintiff's response is due by **July 22, 2024**, and such response shall not exceed **ten pages**.

Defendants OSCO Industries, Inc. and R.J. Reynolds Tobacco Holdings' reply, if any, is due by **July 29, 2024**, and such reply shall not exceed **five pages**.

IT IS SO ORDERED.

                                      */s/ Michael H. Watson*
                                    MICHAEL H. WATSON, JUDGE
                                    UNITED STATES DISTRICT COURT