# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| | ) | Case No. 2:20-cv-06347-MHW-EPD |
| Plaintiff, | ) ) | |
| | ) | Hon. Michael H. Watson |
| v. | ) | Hon. Magistrate Elizabeth A. Preston |
| | ) | Deavers |
| | ) | |
| | ) | **DECLARATION II OF STEVEN C.** |
| CONAGRA FOODS, INC., *et al.,* | ) | **BORDENKIRCHER** |
| | ) | |
| Defendants. | ) | |

I, Steven C. Bordenkircher, hereby declare and state as follows:

1.       My name is Steven C. Bordenkircher. I am a resident of the State of Ohio. I am over 21 years of age. I am competent to make the following statements in this declaration based upon my personal knowledge. If called as a witness, I can completely testify to the truth of the statements made in this declaration.

2.       I am employed by The Goodyear Tire & Rubber Company ("Goodyear") as Senior Legal Counsel, Environmental and Sustainability, and provide oversight of and assistance with the above-captioned litigation.

3.       I stand by and reaffirm my prior statements in my initial Declaration filed on 4/1/24 (ECF No. 268-1).

4.       While reviewing historical insurance-related documents, I came across a series of "Spreadsheets" which summarized the various site costs incurred and/or anticipated by Goodyear.

5.       These documents comprised Goodyear's settlement "demands" to the various insurance companies for environmental property damage.

6.      The most recent Spreadsheet is dated June 4, 2004 (GY0101402; the "2004 Spreadsheet"), and summarizes Goodyear's "Past Costs As of December 31, 2003" and estimated future costs where they were estimable. (Exhibit A hereto).

7.      The 2004 Spreadsheet indicates that Goodyear's total demand to the various insurers for the Jackson County Landfill (JCL), referred to therein as the "Jackson Landfill", was $362,199. *See* GY0101406.

8.      These costs related to Goodyear's past defense costs of $53,199 and future RI/FS costs and related legal expenses of $309,000.

9.      The total amount demanded for all sites was $280,303,175, at least $279,940,976 of which related to the approximately *350 other sites* for which Goodyear sought reimbursement from its insurers. *See* GY0101412.

10.      Goodyear's combined insurance recoveries were only $260,932,500, which left an unrecovered shortfall of ($19,370,675) compared to its demands.

11.      Thus, Goodyear's total combined insurance recoveries for JCL costs was somewhat less than $362,199.

12.      As explained in my initial Declaration, Goodyear seeks recovery of only costs related to the RD/RA for the JCL in this case, and these RD/RA costs for the JCL were not included in any of Goodyear's insurance recoveries.

13.      Exhibit A is a "record of a regularly conducted activity" under Fed. R. Evid. 803(6):

      a.      It is a record of an act that was made at or near the time by — or from information transmitted by — someone with knowledge. I believe that the 2004 Spreadsheet was prepared by a person or persons in Goodyear's

legal department, with knowledge of site costs provided by our environmental remediation department;

b.    Exhibit A is a record that was kept in the course of a regularly conducted activity of Goodyear;

c.    The making of such records was a regular practice of our environmental remediation department's activity of tracking response costs to pursue insurance coverage claims;

d.    I am able to testify as to all of these conditions;

e.    Defendants cannot show that the source of information or the method or circumstances of preparation of Exhibit A indicate any lack of trustworthiness.

Further affiant sayeth naught.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Signed: _____          Date: _July 21, 2024_

**Costs Analyses - All Sites - Alphabetical Listing - 6-4-04**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Costs To Date | | | | | | Estimated Costs | | | |

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY

1

**Past Costs As of December 31, 2003**

GY0101402

Costs Analyses - All Sites - Alphabetical Listing - 6-4-04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Costs To Date** | | | | | | **Estimated Costs** | | | |

GY0101403

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | |

CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY

3

**Past Costs As of December 31, 2003**

GY0101404

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

GY0101405

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\* **See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Costs To Date | | | | | | Estimated Costs | | |
| Jackson Landfill | $0 | $0 | $53,199 | $0 | | $53,199 | $299,000 | $10,000 | $309,000 | $362,199 |



CONFIDENTIAL AND PRIVILEGED FOR SETTLEMENT PURPOSES ONLY

5

**Past Costs As of December 31, 2003**

GY0101406

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|------|------|------|------|------|------|------|------|------|------|------|
| | Total Costs To Date | | | | | | Estimated Costs | | | |

GY0101407

Costs Analyses - All Sites - Alphabetical Listing - 6-4-04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|------|------|------|------|------|------|------|------|------|------|------|
| | Total Costs To Date | | | | | | Estimated Costs | | | |

Costs Analyses - All Sites - Alphabetical Listing - 6-4-04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|------|---|---|---|---|---|---|---|---|---|---|
| | | | Total Costs To Date | | | | Estimated Costs | | | |

GY0101409

Costs Analyses - All Sites - Alphabetical Listing - 6-4-04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Costs To Date | | | | | | Estimated Costs | | | |

GY0101410

Costs Analyses - All Sites - Alphabetical Listing - 6-4-04

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

\* **See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Costs To Date | | | | | | Estimated Costs | | |

GY0101411

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT A**

*
**See Footnote**

| Site | Internal Engr L&O | Property Damage | Bodily Injury | Defense (w/o RI/FS) | RI/FS Costs | Total Incurred | Est of Potential Exposure to Liability | Potential Future Legal Expenses | Total Estimate (Future) | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Costs To Date | | | | | | Estimated Costs | | |
| | $1,607,342 | $133,256,359 | $2,413,176 | $36,754,521 | $28,483,879 | $202,515,277 | $60,539,898 | $17,248,000 | $77,787,898 | $280,303,175 |

GY0101412