# **EXHIBIT 2**

**EXHIBIT B**
**Plaintiff's Index of Damages (as of 7/6/2022)**

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| n/a | n/a | Brownfield Restoration Group, LLC | Account Statement | - | GY6000857 - GY6000876 |
| 1/31/2015 | 08009-80 | Brownfield Restoration Group, LLC | Remediation Project | $2,053.25 | GY6000004 - GY6000005 |
| 2/28/2015 | 08009-81 | Brownfield Restoration Group, LLC | Remediation Project | $506.28 | GY6000006 - GY6000007 |
| 3/28/2015 | 08009-82 | Brownfield Restoration Group, LLC | Remediation Project | $2,387.50 | GY6000008 - GY6000009 |
| 4/25/2015 | 08009-83 | Brownfield Restoration Group, LLC | Remediation Project | $4,651.17 | GY6000010 - GY6000011 |
| 5/31/2015 | 08009-84 | Brownfield Restoration Group, LLC | Remediation Project | $3,371.44 | GY6000012 - GY6000013 |
| 6/27/2015 | 08009-85 | Brownfield Restoration Group, LLC | Remediation Project | $1,623.50 | GY6000014 - GY6000015 |
| 7/31/2015 | 08009-86 | Brownfield Restoration Group, LLC | Remediation Project | $668.50 | GY6000016 - GY6000017 |
| 8/29/2015 | 08009-87 | Brownfield Restoration Group, LLC | Remediation Project | $859.50 | GY6000018 - GY6000019 |
| 9/26/2015 | 08009-88 | Brownfield Restoration Group, LLC | Remediation Project | $1,050.50 | GY6000020 - GY6000021 |
| 10/31/2015 | 08009-89 | Brownfield Restoration Group, LLC | Remediation Project | $1,957.75 | GY6000022 - GY6000023 |
| 11/28/2015 | 08009-90 | Brownfield Restoration Group, LLC | Remediation Project | $668.50 | GY6000024 - GY6000025 |
| 12/19/2015 | 08009-91 | Brownfield Restoration Group, LLC | Remediation Project | $1,241.50 | GY6000026 - GY6000027 |
| 1/30/2016 | 08009-92 | Brownfield Restoration Group, LLC | Remediation Project | $3,348.00 | GY6000028 - GY6000029 |
| 2/27/2016 | 08009-93 | Brownfield Restoration Group, LLC | Remediation Project | $1,912.86 | GY6000030 - GY6000031 |
| 3/26/2016 | 08009-94 | Brownfield Restoration Group, LLC | Remediation Project | $4,649.21 | GY6000032 - GY6000033 |
| 4/30/2016 | 08009-95 | Brownfield Restoration Group, LLC | Remediation Project | $2,387.50 | GY6000034 - GY6000035 |
| 5/28/2016 | 08009-96 | Brownfield Restoration Group, LLC | Remediation Project | $1,098.25 | GY6000036 - GY6000037 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 6/25/2016 | 08009-97 | Brownfield Restoration Group, LLC | Remediation Project | $1,672.50 | GY6000038 - GY6000039 |
| 7/30/2016 | 08009-98 | Brownfield Restoration Group, LLC | Remediation Project | $5,314.06 | GY6000040 - GY6000041 |
| 8/27/2016 | 08009-99 | Brownfield Restoration Group, LLC | Remediation Project | $3,743.00 | GY6000042 - GY6000043 |
| 9/30/2016 | 08009-100 | Brownfield Restoration Group, LLC | Remediation Project | $2,758.00 | GY6000044 - GY6000045 |
| 9/30/2016 | 6369101 | O'Brien & Gere | Remedial Design | $77,241.40 | GY6000698 - GY6000703 |
| 10/29/2016 | 08009-101 | Brownfield Restoration Group, LLC | Remediation Project | $3,201.25 | GY6000046 - GY6000047 |
| 10/31/2016 | 6369102 | O'Brien & Gere | Remedial Design | $53,759.50 | GY6000704 - GY6000709 |
| 11/26/2016 | 08009-102 | Brownfield Restoration Group, LLC | Remediation Project | $5,850.46 | GY6000048 - GY6000049 |
| 12/17/2016 | 08009-103 | Brownfield Restoration Group, LLC | Remediation Project | $2,561.00 | GY6000050 - GY6000051 |
| 12/28/2016 | 6369103 | O'Brien & Gere | Remedial Design | $20,018.00 | GY6000710 - GY6000715 |
| 12/29/2016 | 1141356 | Ohio EPA | Response Costs Incurred For All Past Response Costs as of 12/19/2016 | $150,809.46 | GY6000003 |
| 1/28/2017 | 08009-104 | Brownfield Restoration Group, LLC | Remediation Project | $2,462.50 | GY6000052 - GY6000053 |
| 1/28/2017 | 6369104 | O'Brien & Gere | Remedial Design | $82,195.40 | GY6000716 - GY6000721 |
| 2/18/2017 | 2952519 | Ohio EPA | Check for Invoice 1141356 | - | GY6000697 |
| 2/25/2017 | 08009-105 | Brownfield Restoration Group, LLC | Remediation Project | $8,961.62 | GY6000054 - GY6000055 |
| 3/3/2017 | 6369105 | O'Brien & Gere | Remedial Design | $34,861.25 | GY6000722 - GY6000727 |
| 3/23/2017 | 1148338 | Ohio EPA | Response Costs Incurred 12/19/2016 - 12/31/2016 | $411.49 | GY6000001 |
| 3/31/2017 | 08009-106 | Brownfield Restoration Group, LLC | Remediation Project | $11,587.18 | GY6000056 - GY6000057 |
| 3/31/2017 | 6369106 | O'Brien & Gere | Remedial Design | $42,825.35 | GY6000728 - GY6000733 |
| 4/27/2017 | 6369107 | O'Brien & Gere | Access Road, Clear Grub, Best Management Practices | $375,664.63 | GY6000734 - GY6000740 |
| 4/29/2017 | 08009-107 | Brownfield Restoration Group, LLC | Remediation Project | $7,541.91 | GY6000058 - GY6000059 |
| 5/10/2017 | 2963184 | Ohio EPA | Check for Invoice 148338 | - | GY6000882 |
| 5/19/2017 | 6369108 | O'Brien & Gere | Access Road, Clear Grub, Best Management Practices | $109,546.87 | GY6000741 - GY6000747 |
| 5/27/2017 | 08009-108 | Brownfield Restoration Group, LLC | Remediation Project | $13,266.14 | GY6000060 - GY6000061 |
| 6/22/2017 | 20172 | Shawn & Melissa Sexton | Borrow Pit | $250,000.00 | GY6000692 - GY6000696 |
| 6/27/2017 | 2969380 | Shawn & Melissa Sexton | Check for Invoice 20172 | - | GY6000883 |
| 6/30/2017 | 08009-109 | Brownfield Restoration Group, LLC | Remediation Project | $17,480.29 | GY6000062 - GY6000063 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 6/30/2017 | 6369110 | O'Brien & Gere | Construction Oversight Management | $93,525.00 | GY6000748 - GY6000751 |
| 6/30/2017 | 6369109 | O'Brien & Gere | Remedial Action Work | $274,838.67 | GY6000943 - GY6000951 |
| 7/11/2017 | GYjcl0711-2017 | Shawn & Melissa Sexton | Remediation Project | $44,200.00 | GY6000905 |
| 7/19/2017 | GY0719-2017 | Shawn & Melissa Sexton | Remediation Project | $196,000.00 | GY6000894 |
| 7/25/2017 | 6369113 | O'Brien & Gere | Access Road, Clear Grub, Best Management Practices | $24,607.13 | GY6000767 - GY6000777 |
| 7/28/2017 | 6369114 | O'Brien & Gere | Remedial Design | $17,344.89 | GY6000778 - GY6000790 |
| 7/28/2017 | 6369116 | O'Brien & Gere | Construction Oversight Management | $88,210.00 | GY6000791 - GY6000794 |
| 7/28/2017 | 63691012 | O'Brien & Gere | Remedial Action Work | $879,698.32 | GY6000834 - GY6000842 |
| 7/29/2017 | 08009-110 | Brownfield Restoration Group, LLC | Remediation Project | $12,821.94 | GY6000064 - GY6000065 |
| 8/2/2017 | 6369111 | O'Brien & Gere | Leachate Transport/Disposal | $25,573.44 | GY6000752 - GY6000766 |
| 8/26/2017 | 08009-111 | Brownfield Restoration Group, LLC | Remediation Project | $20,569.26 | GY6000066 - GY6000067 |
| 8/28/2017 | 6369117 | O'Brien & Gere | Construction Oversight Management | $68,990.00 | GY6000795 - GY6000798 |
| 8/29/2017 | 6369121 | O'Brien & Gere | Leachate Transport/Disposal | $73,565.21 | GY6000802 - GY6000804 |
| 8/30/2017 | GYjcl0830-2017 | Shawn & Melissa Sexton | Remediation Project | $196,000.00 | GY6000895 - GY6000902 |
| 8/31/2017 | 63691018 | O'Brien & Gere | Remedial Action Work | $1,250,403.00 | GY6000843 - GY6000847 |
| 9/13/2017 | GYjcl0913-2017 | Shawn & Melissa Sexton | Remediation Project | $24,980.00 | GY6000906 - GY6000908 |
| 9/26/2017 | 20171 | Buckeye Rural Electric | Electrical Connection | $180.00 | GY6000878 |
| 9/30/2017 | 08009-112 | Brownfield Restoration Group, LLC | Remediation Project | $15,452.44 | GY6000068 - GY6000069 |
| 9/30/2017 | 6369120 | O'Brien & Gere | Construction Oversight Management | $88,320.00 | GY6000799 - GY6000801 |
| 9/30/2017 | 6369122 | O'Brien & Gere | Leachate Transport/Disposal | $40,603.04 | GY6000805 - GY6000807 |
| 9/30/2017 | 63691019 | O'Brien & Gere | Remedial Action Work | $556,130.19 | GY6000848 - GY6000852 |
| 9/30/2017 | GYjc10930-2017 | Shawn & Melissa Sexton | Remediation Project | $196,000.00 | GY6000932 |
| 10/10/2017 | 2983107 | Buckeye Rural Electric | Check for Invoice 20171 | - | GY6000884 |
| 10/28/2017 | 08009-113 | Brownfield Restoration Group, LLC | Remediation Project | $14,024.62 | GY6000070 - GY6000071 |
| 10/28/2017 | 6369123 | O'Brien & Gere | Construction Oversight Management | $76,135.00 | GY6000808 - GY6000810 |
| 10/28/2017 | 6369124 | O'Brien & Gere | Leachate Transport/Disposal | $29,377.43 | GY6000811 - GY6000813 |
| 10/30/2017 | 63691025 | O'Brien & Gere | Remedial Action Work | $828,672.54 | GY6000853 - GY6000856 |
| 10/30/2017 | GYjcl1030-2017 | Shawn & Melissa Sexton | Remediation Project | $196,000.00 | GY6000903 |
| 11/2/2017 | 2986654 | Shawn & Melissa Sexton | Check | - | GY6000885 |
| 11/25/2017 | 08009-114 | Brownfield Restoration Group, LLC | Remediation Project | $11,352.58 | GY6000072 - GY6000073 |
| 11/30/2017 | 6369128 | O'Brien & Gere | Construction Oversight Management | $98,730.00 | GY6000814 - GY6000817 |
| 11/30/2017 | GY1130-2017 | Shawn & Melissa Sexton | Remediation Project | $196,000.00 | GY6000904 |
| 11/30/2017 | 6369130 | O'Brien & Gere | Leachate Transport/Disposal | $30,460.39 | GY6000935 - GY6000938 |
| 11/30/2017 | 63691026 | O'Brien & Gere | Remedial Action Work | $1,028,431.21 | GY6000939 - GY6000942 |
| 12/15/2017 | 2992070 | Shawn & Melissa Sexton | Check for Invoice 0719-2017 | - | GY6000887 |
| 12/16/2017 | 08009-115 | Brownfield Restoration Group, LLC | Remediation Project | $7,950.75 | GY6000074 - GY6000075 |
| 12/28/2017 | 6369129 | O'Brien & Gere | Construction Oversight Management | $79,195.00 | GY6000818 - GY6000821 |
| 12/28/2017 | 6369131 | O'Brien & Gere | Leachate Transport/Disposal | $25,324.45 | GY6000822 - GY6000825 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 12/28/2017 | 6369134 | O'Brien & Gere | Leachate Transport/Disposal | $48,634.10 | GY6000826 - GY6000829 |
| 12/28/2017 | 63691032 | O'Brien & Gere | Remedial Action Work | $583,837.51 | GY6000933 - GY6000934 |
| 12/28/2017 | 63691033 | O'Brien & Gere | Remedial Action Work | $444,049.80 | GY6000952 - GY6000958 |
| 12/28/2017 | 63691027 | O'Brien & Gere | Remedial Action Work | $543,334.43 | GY6000959 - GY6000964 |
| 1/3/2018 | 2993912 | Shawn & Melissa Sexton | Check for Invoice GYjcl0913-2017 | - | GY6000888 |
| 1/27/2018 | 08009-116 | Brownfield Restoration Group, LLC | Remediation Project | $15,626.67 | GY6000076 - GY6000077 |
| 1/27/2018 | 08009-116 | Brownfield Restoration Group, LLC | Remediation Project | - | GY6000965 - GY6000966 |
| 1/31/2018 | 6369135 | O'Brien & Gere | Construction Oversight Management | $23,460.69 | GY6000830 - GY6000833 |
| 1/31/2018 | 6369135 | O'Brien & Gere | Construction Oversight Management Duplicate | - | GY6000909 - GY6000912 |
| 1/31/2018 | 6369159 | O'Brien & Gere | Monitoring Well Installation | $4,224.05 | GY6001100 - GY6001103 |
| 2/2/2018 | 2998012 | Shawn & Melissa Sexton | Check for Invoice GYjc10930-2017 | - | GY6000889 |
| 2/24/2018 | 08009-117 | Brownfield Restoration Group, LLC | Remediation Project | $5,757.95 | GY6000078 - GY6000079 |
| 2/24/2018 | 08009-117 | Brownfield Restoration Group, LLC | Remediation Project | - | GY6000967 - GY6000968 |
| 3/2/2018 | 3001722 | Shawn & Melissa Sexton | Check for Invoice GYjcl1030-2017 | - | GY6000890 |
| 3/5/2018 | 7696961 | Buckeye Rural Electric | Electrical Connection | $1,400.06 | GY6000877 |
| 3/6/2018 | 3001967 | Shawn & Melissa Sexton | Check for Invoice GY1130-2017 | - | GY6000891 |
| 3/9/2018 | 7386829 | Buckeye Rural Electric | Payment Summary for Invoice 7696961 | - | GY6000880 |
| 3/23/2018 | 1219573 | Ohio EPA | Response Costs Incurred 12/19/2017 - 12/31/2017 | $31,060.93 | GY6000002 |
| 3/31/2018 | 08009-118 | Brownfield Restoration Group, LLC | Remediation Project | $12,756.35 | GY6000080 - GY6000081 |
| 3/31/2018 | 08009-118 | Brownfield Restoration Group, LLC | Remediation Project | - | GY6000969 - GY6000970 |
| 3/31/2018 | 6369138 | O'Brien & Gere | Leachate Transport/Disposal | $36,852.89 | GY6000985 - GY6000988 |
| 3/31/2018 | 6369139 | O'Brien & Gere | Leachate Transport/Disposal | $34,646.20 | GY6000989 - GY6000992 |
| 3/31/2018 | 63691039 | O'Brien & Gere | Remedial Action Work | $183,826.18 | GY6001067 - GY6001072 |
| 4/5/2018 | 7716959 | Buckeye Rural Electric | Electrical Connection | $370.54 | GY6000879 |
| 4/27/2018 | 34317 | Buckeye Rural Electric | Payment Summary for Invoice 7716959 | - | GY6000881 |
| 4/28/2018 | 08009-119 | Brownfield Restoration Group, LLC | Remediation Project | $11,437.41 | GY6000082 - GY6000083 |
| 4/28/2018 | 08009-119 | Brownfield Restoration Group, LLC | Remediation Project | - | GY6000971 - GY6000972 |
| 5/3/2018 | 3009195 | Ohio EPA | Check for Invoice 1219573 | - | GY6000892 - GY6000893 |
| 5/16/2018 | Gyjcl05162018 | Shawn & Melissa Sexton | Borrow Pit | $103,000.00 | GY6001104 - GY6001106 |
| 5/18/2018 | n/a | n/a | Account Statement | - | GY6000913 - GY6000931 |
| 5/26/2018 | 08009-120 | Brownfield Restoration Group, LLC | Remediation Project | $855.38 | GY6001273 - GY6001274 |
| 6/30/2018 | 08009-121 | Brownfield Restoration Group, LLC | Remediation Project | $485.00 | GY6001275 - GY6001276 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 7/28/2018 | 08009-122 | Brownfield Restoration Group, LLC | Remediation Project | $48.50 | GY6001277 - GY6001278 |
| 8/31/2018 | 6369140 | O'Brien & Gere | Leachate Transport/Disposal | $36,434.46 | GY6000993 - GY6000996 |
| 8/31/2018 | 08009-123 | Brownfield Restoration Group, LLC | Remediation Project | $190.17 | GY6001279 - GY6001280 |
| 9/5/2018 | 7816955 | Buckeye Electric | Electrical Connection | $135.45 | GY6001086 |
| 9/15/2018 | 63691042 | O'Brien & Gere | Remedial Action Work | $72,735.76 | GY6001073 - GY6001078 |
| 9/30/2018 | 08009-124 | Brownfield Restoration Group, LLC | Remediation Project | $1,481.14 | GY6001281 - GY6001282 |
| 10/5/2018 | 7836953 | Buckeye Electric | Electrical Connection | $146.06 | GY6001087 - GY6001088 |
| 10/27/2018 | 08009-125 | Brownfield Restoration Group, LLC | Remediation Project | $891.61 | GY6001283 - GY6001284 |
| 10/31/2018 | 6369141 | O'Brien & Gere | Leachate Transport/Disposal | $28,382.15 | GY6000997 - GY6001000 |
| 11/5/2018 | 7856952 | Buckeye Electric | Electrical Connection | $153.14 | GY6001089 |
| 11/30/2018 | 6369143 | O'Brien & Gere | Leachate Transport/Disposal | $16,008.26 | GY6001001 - GY6001004 |
| 11/30/2018 | 08009-126 | Brownfield Restoration Group, LLC | Remediation Project | $57.75 | GY6001285 - GY6001286 |
| 12/5/2018 | 7876952 | Buckeye Electric | Electrical Connection | $152.29 | GY6001090 |
| 12/22/2018 | 08009-127 | Brownfield Restoration Group, LLC | Remediation Project | $1,994.72 | GY6001287 - GY6001288 |
| 12/26/2018 | 6369152 | O'Brien & Gere | Leachate Transport/Disposal | $20,037.56 | GY6001005 - GY6001008 |
| 12/26/2018 | 6369153 | O'Brien & Gere | Site Gate Replacement | $7,893.60 | GY6001009 - GY6001012 |
| 12/26/2018 | 6369154 | O'Brien & Gere | Shed and Installation | $9,444.29 | GY6001013 - GY6001016 |
| 12/26/2018 | 6369155 | O'Brien & Gere | Site Road, Snow Removal, BMP fixes, etc. | $258,392.78 | GY6001017 - GY6001020 |
| 12/26/2018 | 6369156 | O'Brien & Gere | Remedial Action Work | $433,519.66 | GY6001021 - GY6001026 |
| 12/26/2018 | 6369157 | O'Brien & Gere | Vulnerability Analysis | $31,959.24 | GY6001027 - GY6001030 |
| 12/26/2018 | 6369158 | O'Brien & Gere | Interim O&M Costs during RA | $101,866.09 | GY6001031 - GY6001034 |
| 12/27/2018 | 6369160 | O'Brien & Gere | Remedial Action Work | $231,774.35 | GY6001035 - GY6001040 |
| 1/26/2019 | 08009-128 | Brownfield Restoration Group, LLC | Remediation Project | $597.50 | GY6000973 - GY6000974 |
| 2/5/2019 | 7916952 | Buckeye Electric | Electrical Connection | $215.23 | GY6001079 |
| 2/23/2019 | 08009-129 | Brownfield Restoration Group, LLC | Remediation Project | $288.75 | GY6000975 - GY6000976 |
| 3/4/2019 | n/a | Ohio EPA | Ohio EPA Oversight Costs | $12,138.95 | GY6001091 - GY6001098 |
| 3/5/2019 | 7936949 | Buckeye Electric | Electrical Connection | $198.66 | GY6001080 |
| 3/31/2019 | 08009-130 | Brownfield Restoration Group, LLC | Remediation Project | $1,972.49 | GY6000977 - GY6000978 |
| 3/31/2019 | 6369161 | O'Brien & Gere | Vulnerability Analysis | $4,056.00 | GY6001041 - GY6001044 |
| 3/31/2019 | 6369162 | O'Brien & Gere | Leachate Transport/Disposal | $15,440.62 | GY6001045 - GY6001048 |
| 3/31/2019 | 6369163 | O'Brien & Gere | Remedial Action Work | $37,713.96 | GY6001049 - GY6001054 |
| 4/5/2019 | 7956953 | Buckeye Electric | Electrical Connection | $215.97 | GY6001081 |
| 4/8/2019 | 040819sext | Shawn & Melissa Sexton | Concrete Pad Payment | $80,000.00 | GY6001099 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 4/27/2019 | 08009-131 | Brownfield Restoration Group, LLC | Remediation Project | $1,177.69 | GY6000979 - GY6000980 |
| 5/5/2019 | 7976944 | Buckeye Electric | Electrical Connection | $186.99 | GY6001082 |
| 5/31/2019 | 08009-132 | Brownfield Restoration Group, LLC | Remediation Project | $2,906.75 | GY6000981 - GY6000982 |
| 6/5/2019 | 7996944 | Buckeye Electric | Electrical Connection | $173.06 | GY6001083 - GY6001084 |
| 6/22/2019 | 6369164 | O'Brien & Gere | Remedial Action Work | $81,452.10 | GY6001055 - GY6001062 |
| 6/22/2019 | 6369165 | O'Brien & Gere | Interim O&M Costs during RA | $110,883.28 | GY6001063 - GY6001066 |
| 6/22/2019 | 6369165 | O'Brien & Gere | Remedial Action Duplicate | - | GY6001117 - GY6001120 |
| 6/30/2019 | 08009-133 | Brownfield Restoration Group, LLC | Remediation Project | $2,063.29 | GY6000983 - GY6000984 |
| 7/5/2019 | 8017939 | Buckeye Electric | Electrical Connection | $173.98 | GY6001085 |
| 7/27/2019 | 08009-134 | Brownfield Restoration Group LLC | Remedial Project | $2,370.00 | GY6001160 - GY6001161 |
| 8/5/2019 | 8037943 | Buckeye Electric | Electrical Connection | $226.25 | GY6001210 |
| 9/5/2019 | 8057939 | Buckeye Electric | Electrical Connection | $171.73 | GY6001211 |
| 9/7/2019 | 08009-135 | Brownfield Restoration Group LLC | Remedial Project | $335.75 | GY6001162 - GY6001163 |
| 10/5/2019 | 8077935 | Buckeye Electric | Electrical Connection | $170.96 | GY6001212 - GY6001213 |
| 10/12/2019 | 08009-136 | Brownfield Restoration Group LLC | Remedial Project | $533.25 | GY6001164 - GY6001165 |
| 11/5/2019 | 8097936 | Buckeye Electric | Electrical Connection | $183.80 | GY6001214 |
| 11/9/2019 | 08009-137 | Brownfield Restoration Group LLC | Remedial Project | $158.00 | GY6001166 - GY6001167 |
| 12/5/2019 | 8117935 | Buckeye Electric | Electrical Connection | $272.98 | GY6001217 |
| 12/14/2019 | 08009-138 | Brownfield Restoration Group LLC | Remedial Project | $711.00 | GY6001168 - GY6001169 |
| 12/19/2019 | 63691-66 | O'Brien & Gere | Valve Vaults, Repairs Activities | $112,968.99 | GY6001267 - GY6001269 |
| 12/20/2019 | 63691-67 | O'Brien & Gere | Site Repairs and Leachate Activities | $136,135.91 | GY6001270 - GY6001272 |
| 1/5/2020 | 8137939 | Buckeye Electric | Electrical Connection | $282.87 | GY6001251 |
| 1/18/2020 | 08009-139 | Brownfield Restoration Group LLC | Remedial Project | $572.75 | GY6001170 - GY6001171 |
| 2/5/2020 | 8157936 | Buckeye Electric | Electrical Connection | $245.94 | GY6001252 |
| 2/15/2020 | 08009-140 | Brownfield Restoration Group LLC | Remedial Project | $2,632.84 | GY6001172 - GY6001173 |
| 2/22/2020 | 6369172 | O'Brien & Gere | Remedial Design and Remedial Action | $146,820.39 | GY6001130 - GY6001134 |
| 3/5/2020 | 8177940 | Buckeye Electric | Electrical Connection | $273.03 | GY6001253 |
| 3/14/2020 | 08009-141 | Brownfield Restoration Group LLC | Remedial Project | $2,113.25 | GY6001174 - GY6001175 |
| 3/24/2020 | 6369170 | O'Brien & Gere | Remedial Action | $12,528.51 | GY6001121 - GY6001123 |
| 3/24/2020 | 6369171 | O'Brien & Gere | Site Operations and Maintenance | $75,968.48 | GY6001124 - GY6001129 |
| 4/5/2020 | 8197938 | Buckeye Electric | Electrical Connection | $218.97 | GY6001254 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 4/16/2020 | 43831 | Ohio EPA | Jackson Co. Landfill Respone Costs | $2,693.34 | GY6001263 - GY6001266 |
| 4/18/2020 | 08009-142 | Brownfield Restoration Group LLC | Remedial Project | $1,457.65 | GY6001176 - GY6001177 |
| 5/5/2020 | 8218935 | Buckeye Electric | Electrical Connection | $203.95 | GY6001255 |
| 5/16/2020 | 08009-143 | Brownfield Restoration Group LLC | Remedial Project | $296.25 | GY6001178 - GY6001179 |
| 5/26/2020 | 6369173 | O'Brien & Gere | Site Operations and Maintenance | $52,796.28 | GY6001135 - GY6001140 |
| 5/26/2020 | 6369174 | O'Brien & Gere | Remedial Action Construction | $4,284.95 | GY6001141 - GY6001146 |
| 5/31/2020 | 08009-144 | Brownfield Restoration Group LLC | Remedial Project | $454.25 | GY6001180 - GY6001181 |
| 6/5/2020 | 8238931 | Buckeye Electric | Electrical Connection | $200.47 | GY6001256 |
| 6/20/2020 | 08009-145 | Brownfield Restoration Group LLC | Remedial Project | $366.75 | GY6001182 - GY6001183 |
| 6/23/2020 | 6369175 | O'Brien & Gere | Site Operations and Maintenance | $47,116.90 | GY6001147 - GY6001148 |
| 6/24/2020 | 6369176 | O'Brien & Gere | Leachate System Design | $39,825.76 | GY6001149 |
| 6/24/2020 | 6369177 | O'Brien & Gere | Remedial Action Construction | $10,978.44 | GY6001150 |
| 7/5/2020 | 8258928 | Buckeye Electric | Electrical Connection | $184.48 | GY6001257 |
| 7/18/2020 | 08009-146 | Brownfield Restoration Group LLC | Remedial Project | $978.00 | GY6001184 - GY6001185 |
| 7/29/2020 | 6369178 | O'Brien & Gere | Site Operations and Maintenance | $49,998.89 | GY6001151 - GY6001152 |
| 7/29/2020 | 6369179 | O'Brien & Gere | Remedial Action Construction | $558.37 | GY6001153 |
| 8/5/2020 | 8278931 | Buckeye Electric | Electrical Connection | $183.68 | GY6001259 |
| 8/15/2020 | 08009-147 | Brownfield Restoration Group LLC | Remedial Project | $855.75 | GY6001186 - GY6001187 |
| 9/5/2020 | 8298927 | Buckeye Electric | Electrical Connection | $171.30 | GY6001261 |
| 9/28/2020 | 6369180 | O'Brien & Gere | Site Operations and Maintenance | $33,132.09 | GY6001154 - GY6001155 |
| 10/5/2020 | 8318929 | Buckeye Electric | Electrical Connection | $170.96 | GY6001262 |
| 10/22/2020 | 6369181 | O'Brien & Gere | Site Operations and Maintenance | $15,010.62 | GY6001156 - GY6001157 |
| 11/5/2020 | 8338931 | Buckeye Electric | Electrical Connection | $188.29 | GY6001215 - GY6001216 |
| 11/24/2020 | 6369186 | O'Brien & Gere | Site Operations and Maintenance | $41,213.64 | GY6001158 - GY6001159 |
| 12/5/2020 | 8358926 | Buckeye Electric | Electrical Connection | $189.72 | GY6001218 |
| 12/12/2020 | 08009-151 | Brownfield Restoration Group LLC | Remediation Project | $1,173.44 | GY6001188 - GY6001189 |
| 12/21/2020 | 1950000692 | Ramboll Americas Integrated Solutions, Inc. | Jackson Co. Landfill | $15,998.90 | GY6001237 - GY6001239 |
| 1/5/2021 | 8378926 | Buckeye Electric | Electrical Connection | $275.08 | GY6001202 - GY6001203 |
| 1/16/2021 | 08009-152 | Brownfield Restoration Group LLC | Remediation Project | $652.00 | GY6001190 - GY6001191 |
| 2/5/2021 | 8398926 | Buckeye Electric | Electrical Connection | $286.39 | GY6001204 |
| 2/13/2021 | 08009-153 | Brownfield Restoration Group LLC | Remediation Project | $1,202.13 | GY6001192 - GY6001193 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 2/26/2021 | 1950000873 | Ramboll Americas Integrated Solutions, Inc. | Jackson Co. Landfill | $22,395.47 | GY6001240 - GY6001242 |
| 3/5/2021 | 8418921 | Buckeye Electric | Electrical Connection | $273.42 | GY6001205 - GY6001206 |
| 3/8/2021 | 1412095 | Ohio EPA | 2020 Costs for Time Incurred | $8,842.04 | GY6001107 - GY6001114 |
| 3/13/2021 | 08009-154 | Brownfield Restoration Group LLC | Remediation Project | $937.25 | GY6001194 - GY6001195 |
| 3/19/2021 | 1950000967 | Ramboll Americas Integrated Solutions, Inc. | Jackson County Landfill Site Maintenance | $8,858.13 | GY6001243 - GY6001246 |
| 4/5/2021 | 8438919 | Buckeye Electric | Electrical Connection | $229.05 | GY6001207 - GY6001208 |
| 4/16/2021 | 08009-155 | Brownfield Restoration Group LLC | Remediation Project | $590.88 | GY6001196 - GY6001197 |
| 4/28/2021 | 1950001115 | Ramboll Americas Integrated Solutions, Inc. | Jackson County Landfill Site Maintenance | $71,114.73 | GY6001247 - GY6001250 |
| 5/5/2021 | 8460921 | Buckeye Electric | Electrical Connection | $200.14 | GY6001209 |
| 5/15/2021 | 08009-156 | Brownfield Restoration Group LLC | Remediation Project | $1,614.88 | GY6001198 - GY6001199 |
| 6/19/2021 | 08009-158 | Brownfield Restoration Group, LLC | Remediation Project | $721.88 | GY6001289 - GY6001290 |
| 7/17/2021 | 08009-159 | Brownfield Restoration Group, LLC | Remediation Project | $997.63 | GY6001291 - GY6001292 |
| 8/14/2021 | 08009-160 | Brownfield Restoration Group, LLC | Remediation Project | $1,210.75 | GY6001293 - GY6001294 |
| 9/11/2021 | 08009-161 | Brownfield Restoration Group, LLC | Remediation Project | $605.38 | GY6001295 - GY6001296 |
| 10/16/2021 | 08009-162 | Brownfield Restoration Group, LLC | Remediation Project | $751.50 | GY6001297 - GY6001298 |
| 11/13/2021 | 08009-163 | Brownfield Restoration Group, LLC | Remediation Project | $605.38 | GY6001299 - GY6001300 |
| 6/5/2021 | 8481920 | Buckeye Electric | Electrical Connection | $192.41 | GY6001301 |
| 7/5/2021 | 8501919 | Buckeye Electric | Electrical Connection | $182.89 | GY6001302 |
| 8/5/2021 | 8521921 | Buckeye Electric | Electrical Connection | $187.30 | GY6001303 |
| 9/5/2021 | 8541919 | Buckeye Electric | Electrical Connection | $185.37 | GY6001304 |
| 10/5/2021 | 8561916 | Buckeye Electric | Electrical Connection | $185.80 | GY6001305 |
| 11/5/2021 | 8581914 | Buckeye Electric | Electrical Connection | $190.47 | GY6001306 |

| Date | Invoice No. | Payee | Description | Invoice Total | Bates No. |
|---|---|---|---|---|---|
| 6/25/2021 | 1950001338 | Ramboll Americas Integrated Solutions, Inc. | Jackson Co. Landfill | $1,480.00 | GY6001307 - GY6001308 |
| 6/28/2021 | 1950001345 | Ramboll Americas Integrated Solutions, Inc. | Jackson County Landfill Site Maintenance | $35,618.51 | GY6001309 - GY6001312 |
| 7/31/2021 | 1950001452 | Ramboll Americas Integrated Solutions, Inc. | Jackson Co. Landfill | $1,037.50 | GY6001313 - GY6001314 |
| 7/31/2021 | 1950001464 | Ramboll Americas Integrated Solutions, Inc. | Jackson County Landfill Site Maintenance | $40,864.63 | GY6001315 - GY6001320 |
| 9/27/2021 | 1950001659 | Ramboll Americas Integrated Solutions, Inc. | Jackson Co. Landfill | $1,150.00 | GY6001321 - GY6001322 |
| 9/28/2021 | 1950001672 | Ramboll Americas Integrated Solutions, Inc. | Jackson County Landfill Site Maintenance | $42,190.99 | GY6001323 - GY6001326 |
| | | **Total** | | **$12,881,414.16** | |